UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**1:26-mc-80003**
**Magistrate Judge Heather K. McShain**
**DIRECT**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Violation No. E2697752 |
|  | ) |  |
| v. | ) | Magistrate Judge Heather K. McShain |
|  | ) |  |
| ALEXANDER TORRES | ) |  |

## ORDER

The Clerk of Court is directed to assign a miscellaneous case number to ticket numbered E2697752, issued to Alexander Torres. The filing date is the date of 01/12/2026.

Violation No. E2697752

ENTER:

*Heather K. McShain*

HEATHER K. MCSHAIN
United States Magistrate Judge

DATE: January 12, 2026