UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Violation No. E2697752 |
|  | ) |  |
| v. | ) | Magistrate Judge Heather K. McShain |
|  | ) |  |
| ALEXANDER TORRES | ) |  |

## ORDER

At the request of the United States Attorney's Office, the ticket listed below by number is dismissed.

Violation No. E2697752

ENTER:

_Heather K. McShain_

HEATHER K. MCSHAIN
United States Magistrate Judge

DATE: January 14, 2026