Plaintiff,

v.

Case No.: 1:26–mc–80003
Honorable Heather K. McShain

Alexander Torres

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 15, 2026:

MINUTE entry before the Honorable Heather K. McShain: In light of the dismissal, telephonic status hearing set for 01/14/2026 and in–person preliminary examination set for 01/22/2026 are stricken. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.